PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 25 FIREARMS,<br><br>Defendants. | Case No. 1:24-MC-00111-JLT<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America, potential claimant Corey Harris ("Harris" or "claimant"), by and through their respective counsel, as follows:

1. On or about June 17, 2024, claimant Corey Harris filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") with respect to the Approximately 25 Firearms, more particularly described in Exhibit A, which were seized on April 17, 2024 (hereafter collectively the "defendant firearms").

2. The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant firearms under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant firearms as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant

firearms are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is September 15, 2024.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 14, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture shall be extended to December 14, 2024.

Dated: September 10, 2024                    PHILLIP A. TALBERT
                                             United States Attorney


                                     By:     /s/ Kevin C. Khaisigan
                                             KEVIN C. KHASIGIAN
                                             Assistant United States Attorney


Dated: September 8, 2024                     /s/ Marc Days
                                             MARC DAYS
                                             Attorney for potential claimant
                                             Corey Harris
                                             (Signature approved by email)

IT IS SO ORDERED.

    Dated:   **September 13, 2024**                  _Jennifer L. Thurston_
                                             UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Colt M4A1 Rifle, serial number CR020873,

2. Remington Arms Company, Inc. 870 Tactical Shotgun, serial number CC20937B,

3. Mossberg 930 Shotgun, serial number AF229544,

4. RWC Group, LLC (Kalashinkov USA) KR-103 Rifle, serial number K3R0012553,

5. Sig Sauer (Sig-Arms) SIG M400 Rifle, serial number 20L155092,

6. Remington Arms Company, Inc. 870 Shotgun, serial number RS03377A,

7. Mossberg 930 Shotgun, serial number AF0065379,

8. Colt M4 Carbine Rifle, serial number LE390562,

9. Hubei Jianghua Machinery Co. LTD Lynx LH12 Shotgun, serial number 3G017025,

10. Springfield Armory, Geneseo, IL M1A Rifle, serial number 450794,

11. Century Arms International RAS47 Rifle, serial number FAS47034080,

12. Remington Arms Company, Inc. 700 Rifle, serial number RAR064071,

13. Smith & Wesson 19 Revolver, serial number AYA0617,

14. Smith & Wesson 66 Revolver, serial number 163K273,

15. Taurus 856 Revolver, serial number ABL112511,

16. Taurus 905 Revolver, serial number ADA862895,

17. Smith & Wesson M&P 9 Pistol, serial number HNT4482,

18. Sig Sauer (Sig-Arms) P365 X Pistol, serial number 66F922183,

19. Sig Sauer (Sig-Arms) P365 X Pistol, serial number 66F413749,

20. Sig Sauer (Sig-Arms) P226 Pistol, serial number 47E032125,

21. Sig Sauer (Sig-Arms) P320 Pistol, serial number 58H233997,

22. Smith & Wesson 5906TSW Pistol, serial number BAY5620,

23. Smith & Wesson M&P 9 M2.0 Pistol, serial number NLU8412,

24. Glock Inc. 17GEN4 Pistol, serial number ACSX385, and

25. Bravo Company Mfg. Inc. BCM4 Receiver/Frame, serial number A029940.